UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES EDWARDS                                         CIVIL ACTION

VERSUS                                                NUMBER 10-00429-BAJ-DLD

UNKNOWN

**REPORT AND RECOMMENDATION**

This matter is before the court on an initial screening of plaintiff's amended complaint,[1] brought *in forma pauperis* under 28 U.S.C. § 1915A, which provides that a court shall review, as soon as practicable after docketing, a newly filed complaint and shall dismiss same, or any portion of same, if the Court determines that the complaint is "frivolous, malicious, or fails to state a claim upon which relief may be granted." Moreover, courts have a continuing duty to examine their own jurisdiction, and are required to dismiss *sua sponte* any action over which they lack jurisdiction. *Insurance Corp. of Ireland, Ltd. v. Compagnie des Bauxites de Guinee*, 456 U.S. 694, 702, 102 S.Ct. 2099, 72 L.Ed.2d 492 ( 1982).

*Background*

On June 28, 2010, *pro se* plaintiff James Edward filed a complaint against an unknown person.  In his complaint, he states that he "got run over by a car. [S]o I do not have to pay for the expense, (rec. doc. 1, pg 1) and "it was a woman drive (sic) the car. [S]he put me in the hospital. [O]n Airline Highway and McClelland Drive." (rec. doc. 1, pg 2) Other than these bare allegations, plaintiff's complaint was devoid of any other information. For instance, plaintiff does not name the person who allegedly caused his

---

[1] On July 1, 2010, the court ordered plaintiff to amend his complaint to allege specific facts relating to the citizenship of the defendant and the amount in controversy. (rec. doc. 4) On July 7, 2010, the plaintiff filed a letter with attachments, which the court will construe as an amended complaint, for the purposes of this Report.

injuries, provide the date of the incident, describe the incident and how he was injured, or state the amount of his damages. On July 7, 2010, plaintiff amended his complaint to include a copy of a police report for a traffic crash in Baton Rouge on June 13, 2010, involving plaintiff's bicycle. That report indicates that plaintiff was transported to the hospital for his injuries, but does not indicate that another individual was involved in the crash. (rec. doc. 6) The amended complaint also does not describe the incident in any detail, or provide any information relating to plaintiff's injuries or damages.

As previously explained to plaintiff, a federal court may handle an automobile accident/traffic incident lawsuit under the court's exercise of diversity jurisdiction, but only when two requirements are met: one, the plaintiff and the defendant must be citizens of different states; and two, the amount at issue in the lawsuit must be more than $75,000.00. *See* 28 U.S.C.A. § 1332 - diversity jurisdiction. The plaintiff admits that the police report does not have the name and address of the defendant (rec. doc. 6, pg. 1); and neither the original complaint nor its amended version contain any specifics as to the injuries alleged or amount of medical and/or other expenses. As plaintiff failed to meet the two criteria necessary to establish diversity jurisdiction, plaintiff's lawsuit must be dismissed.

## *RECOMMENDATION*

Despite having been given a chance to explain his lawsuit and provide more information relating to the incident and his claimed damages in order to meet the threshold requirements of diversity jurisdiction, plaintiff failed to do so. Therefore, it is the recommendation of the magistrate judge that plaintiff's complaint be **DISMISSED**, without prejudice, for lack of jurisdiction.

Signed in Baton Rouge, Louisiana, on July 20, 2010.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES EDWARDS** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 10-00429-BAJ-DLD** |
| **UNKNOWN** | |

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 (fourteen) days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on July 20, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**