UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES EDWARDS

VERSUS

UNKNOWN

CIVIL ACTION

NO. 10-429-BAJ-DLD

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 20, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint shall be DISMISSED, without prejudice, for lack of jurisdiction.

Baton Rouge, Louisiana, August 12, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA